UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATIAS RIVERA, et al.                              :
                                                   :
                        Plaintiffs,                :
                                                   :          17 Civ. 8344 (LGS)
            -against-                              :
                                                   :          ORDER
600 WEST 169TH REST. INC., et al.,                 :
                                                   :
                        Defendants.                :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/18
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 30, 2017, Plaintiffs filed a complaint alleging wage-and-hour violations under the Fair Labor Standards Act ("FLSA") and state law;

WHEREAS, on February 1, 2018, the parties filed a stipulation of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

WHEREAS, by letter dated February 8, 2018, the parties have represented that no consideration was exchanged in this case and there was no resolution or release of the claims;

WHEREAS, the Second Circuit has not held that court or DOL approval is required where, as here, the parties enter into a Rule 41(a)(1)(A) stipulation without prejudice. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 201 n.2 (2d Cir. 2015) ("[W]e leave for another day the question of whether parties may settle such cases without court approval or DOL supervision by entering into a Rule 41(a)(1)(A) stipulation without prejudice."); *see also*, *e.g.*, *Gurung v. White Way Threading LLC*, No. 16 Civ. 1795, 2016 WL 7177510, at *4 (S.D.N.Y. Dec. 8, 2016) ("The parties may stipulate to a dismissal of this [FLSA] case without prejudice, as such settlements do not, based on the present case law, require court approval." (citing *Cheeks*, 796 F.3d at 201 n.2)). *But see Seck v. Dipna Rx, Inc.*, No. 16 Civ.7262, 2017 WL 1906887, at *1 (S.D.N.Y. May 8, 2017)

("[T]his Court concludes that settlement of a FLSA action accomplished through a unilateral dismissal of the complaint by plaintiff is not exempt from review."). It is hereby

**ORDERED** that the case is dismissed without prejudice pursuant to the parties' stipulation filed on February 1, 2018.

The Clerk of Court is respectfully directed to close the case.

Dated: February 12, 2018
New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**